IN THE UNITED STATES DISTRICT COURT (S)ILRN DISTRICT OF NORTH CAROLINA

Armor Cosa-Dominguez,
Plaintiff,

v.

Geo Group Inc., ET AL,
Defendants.

Civil No.
5:09-CT-3116-D

Plaintiff's First Amended Complaint

Now Comes, the Plaintiff in this action appearing herein PRO SE, and submit this Amended Complaint seeking the Courts Protection.

## Introduction

The initial complaint was filed by a Federal inmate, in a private prison against The Geo Group Inc., owner and operator of the prison housing the Plaintiff; and G. Snyder, D. Farmer, B. More, and D. Blevins. Each of these last mention Defendant are employees and working under the supervision of Geo Group Inc., alleging violation of the (1) Religious Freedom Restoration Act (RFRA), (2) the Religious Land Use and Institutionalized Persons Act (RLUIPA), (3) the Equal Protection Clause of the United States Constitution, and breach of the contract to

which the Plaintiff was an intented third party benificiary.

## Amendments Under FED.R.CIV.15

This amendmet is submitted pursuatnt to Rule 15(a) of the Federal Rules of Civil procedure which permits an amendment as of right before the filling of a responsive pleading by the defendants.

## Parties

Amado Sosa-Dominguez (hereinafter Sosa-Dominguez) is the Plaintiff in this action. Sosa-Dominguez is a Federal inmate house in a private prison located at 145 Parker's Fishery Road, Winton, North Carolina 27986. At the present time, Sosa-Dominguez is a Legal Permanent Resident of the United States claiming to have intention to reside at the following address upon release:

    5206 Sandstone Drive
    Las Vegas, NV 89142

The Plaintiff's current mailing address is:

    Amado Sosa-Dominguez
    Reg No. 23513-057
    Rivers Correctional Institution
    P.O. Box 630
    Winton, NC 27986.

The Geo Group Inc., is a Defendants in this action. THE Geo Group Inc., (hereinafter Geo) is a private, for-profit corporation incorporated in Florida doing business in Winton, North Carolina operating and owning the Rivers Correctional Institution (hereinafter RCI).

G. Snyder, D. Farmer, B. Moore and D. Blevins are all Defendants in this action. Each of these individuals Defendants ware mentioned in the intial complaint as employees of Geo working at RCI in Winton, North Carolina. Each of these Defendants are alleged to be citizens of North Carolina. The working address of each of these defendants is as Following:
Rivers Correctional Institution
145 Parker's Fishery Road
Winton, North Carolina 27986.

## Jurisdiction & Venue

Jurisdiction over this mater is invoked under Titel 28 U.S.C §1332. The amount in controversy exceeds the amount of $75,000.00, also the Plaintiff and Dedendants has completely diverse in citizenship.

This court has subject matter jurisdiction over this action under the provision of the Religious Freedom Restoration Act (RFRA) and the Religious Land Use and Institutionalized Person Act of 2000 (RLUIPA).

This Court has supplemental jurisdiction over this claims under 28 U.S.C. §1367, and any other applicable provisions unknown to the Plaintiffs providing the relief sought.

### Exhustion of Remedies

At the time of this motion, the Plaintiffs administrative remedies have been neglected and no answer was return.

The Plaintiff is subject to retaliation from the same officers that most answer the administrative remedies.

The retaliation for which the Plaintiff is been a victim of force him to submit this Amended Complaint in emergency nature.

Factual Allegation to counts
Alleging retaliation against the Plaintiff
by institution officials
---

1. The Plaintiff was placed in "Administrative Detention" in a pending investigation On July 30, 2009.

2. The Plaintiff was questioned by investigator officer Ms. Ward on August 5, 2009.

3. The nature of the questioning was relevant to the Plaintiff's in-coming mail from Perdu Farms inc., Global Foods Company, and Roger Wood Foods among others.

4. These above mentioned companies are food providers for the institution contacted by the Plaintiff requesting information concerning contents of products manufactured and/or sold by them to the institution.

5. After the Plaintiff explain to the investigator officer that he, the Plaitiff was conducting an investigation for an outgoing Civil Action in relation with the Plaintiff's right to Religious Dietarian Diet. The Ms. Ward inform that she dint thing that the Plaintiff was in any violion by having the information and offer a copy of the letter on her

posesion and that she had that opinion before issuing the detention order.

6. Although the Plaintiff had not been sharge with any violition he, the Plaintiff, continue under Administrative detention.

7. This unfair detention is plecing the Plaintiff out the reach of the librety and lhe posibility of continues with the vital quest for evidence to support and prove his case before the court.

8. Furthermore, the detention to which the Plaintiff is subjeb of is a tactick use by the Defendats to cause fear into the hart of the Plaintiff.

9. In addition, the retaliation to which the Plaintiff is subject, the Administrative Detention, have cause the Plaintiff to stop atending to mandatory religious service, and school programs.

10. The Plaintiff is in no how or form Poses a threat to life, property, self, staff, other inmates, or to the security or ordely running of the institution.

H. The Plaintiff have the right to know the content of the products to which he is force by the Defendants to consume.

## Claim For Relief

The Plaintiff seek the following injuctive relieff.

A. That the Plaintiff mail between the Food providers and him be protected by the Court as posible avidence in the out-going Civil Action.

B. That all retaliation trought the Plaintiff be stop immediately.

C. That the Plaintiff be returne to the same statute before the himinstrative Detention.

## Conclusion

The Plaintiff, Amadu Sosa-Dominguce bring this motion in Forma PRO se asking this Hounarable Court's protection while encarcelate under care of the Defendants whom have violated the Plaintiff's rigthts and now retaliate by placing the Plaintiff in confinement without any charges.

## Prayer for Relief

The paragraphs number 1 through 11 of this motion hereby incorporated as fully set forth herein.

Plaintiff, Amado Sosa-Dominguez, injunctive relief as set forth in the claim for relief.

Plaintiff requests relief under the Freedom of Information and Privacy Acts.

The Plaintiff request for such relief as is just.

WHEREFORE, all things considered, the Plaintiff, Amado Sosa-Dominguez, respectfully Pray that this Court order all relief requested.

Dated: 08-06-09

Respectfully Sumitted,

*[signature]*

Amado Sosa-Dominguez
REG. # 23513-057
Rives Correctional Institution
P.O. Box 630
Winton NC 27986