IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-ct-03116-D

| | |
|---|---|
| AMADO SOSA-DOMINGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>THE GEO GROUP, WARDEN G. SNYDER, ASSOCIATE WARDEN D. FARMER, COUNSELOR B. MOORE, AND CHAPLAIN D. BLEVINS,<br><br>   Defendants. | **MEMORANDUM IN SUPPORT OF DEFENDANTS THE GEO GROUP, ASSOCIATE WARDEN D. FARMER, COUNSELOR B. MOORE, AND CHAPLAIN D. BLEVINS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br>**Local Rule 83.3, EDNC** |

Defendants The GEO Group, Associate Warden D. Farmer, Counselor B. Moore, and Chaplain D. Blevins state the following grounds in support of their Motion to Dismiss for Failure to Prosecute:

Local Rule 83.3 requires that "[a]ll attorneys and pro se parties must notify the court in wiring within fourteen (14) days of any change of address." Local Civil Rule 83.3, E.D.N.C. Failure to adhere to this rule can result in the dismissal of the action. Local Civil Rule 83.3, E.D.N.C. Sosa-Dominguez was released from BOP custody on February 11, 2010. *See* Mar. 1, 2010 Order. The docket reflects that Sosa-Dominguez failed to provide an updated address to the Court or the undersigned counsel at any time since his release. Therefore, the Court should dismiss Sosa-Dominguez's action for his failure to comply with Local Rule 83.3.

This 12th day of March, 2010.

        **WOMBLE CARLYLE SANDRIDGE & RICE**
        *A Professional Limited Liability Company*

By:   /s/ Robert T. Numbers II_____
       JAMES R. MORGAN, JR.
       (N.C. State Bar No. 12496)
       ROBERT T. NUMBERS, II
       (N.C. State Bar No. 34134)
       One West Fourth Street
       Winston-Salem, North Carolina 27101
       Phone: (336) 721-3600
       Fax: (336) 721-3660
       E-mail: jmorgan@wcsr.com
       E-mail: rnumbers@wcsr.com
       *Attorneys for Defendants GEO, Farmer, Moore and Blevins*

## CERTIFICATE OF SERVICE

      This is to certify that on March 12, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using CM/ECF system.

      It is further certified that on March 12, 2010, that a copy was served upon the following non-CM/ECF participant by placing said copy in a postage paid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

**ADDRESSEE:**

Amado Sosa-Dominguez
23513-057
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986
*Pro Se Plaintiff*

      **WOMBLE CARLYLE SANDRIDGE & RICE**
      *A Professional Limited Liability Company*

By:    /s/ Robert T. Numbers II_____
       ROBERT T. NUMBERS, II
       (N.C. State Bar No. 34134)
       One West Fourth Street
       Winston-Salem, North Carolina 27101
       Phone: (336) 721-3600
       Fax: (336) 721-3660
       E-mail: rnumbers@wcsr.com
       *Attorneys for Defendants GEO, Farmer, Moore and Blevins*