IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF NORTH CAROLINA

| | |
|---|---|
| AMADO SOSA-DOMINGUEZ, Plaintiff, | FILED APR 1 5 2010 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK |
| v | Civil No. 5:09-CT-3116 |
| THE GEO GROUP, et., al., Defendants. | Motion |

Plaintiff's Notice of New Address.

To the Honorable Judge of this court.

Come now the Plaintiff, Amado Sosa-Dominguez, Pro-se and hereby provides this court with his new address which is as Follow:

    Amado Sosa-Dominguez
    A# 074-033-962
    Etowah County Detention Center
    827 Forrest Ave.
    Gadsden, AL 35901.

This above imformation is true and correcte to the best of my knowledge and beliefs under the penalty of perjury as provided by Title 28 USC § 1746.

Dated: 04-12-10

ORIGINAL

Amado Sosa-Dominguez
A# 074-033-962
ECDE
827 Forrest Ave.
Gadsden AK. 35901