IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF NORTH CAROLINA

AMADO SOSA-DOMINGUEZ,
    Plainff,

v.

THE GEO GROUP, et., al.,
    Defendant(s)

CIVIL No. 5:09-CT-3116

Motion

FILED
APR 15 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY____ DEP CLK

## PLAINTIFF's Request To The Court For Up-Dates

To the Honorable Judge of this Court.

Come now the Plaintiff, Amado Sosa-Dominguez, Pro-se and here by request the court for up-dates in this above mentione issue.

The Plaintiff is a Prose litigant whom was in tranfer From the privet preson in which was held to a new Detention Center.

The Plaintiff have no other way to

find out of newly develop Issues in this case since he is representing himself.

Therefore, the Plaintiff request the court to notifie him of any and all develoment of this case at the address provided in the "Plaintiff's Notice of New address."

I state that the above imformation are true and correct to the best of my knowledge and belief under the penalty of perjury as provided by Title 28 USC § 1746.

Dated: 04-12-10

ORIGINAL                AFFIAINTENT: Amadu Sasa-D
                        A#074-033-962
                        ECDC
                        827 Forrest Ave
                        Gadsden AL 35901