IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Amado Sosa-Dominguez, Plaintiff, <br><br> v. <br><br> THE GEO GROUP, et al., Defendants. | Civil No.: 5:09-CT-3116-D <br><br> FILED <br> APR 2 6 2010 <br> DENNIS P. IAVARONE, CLERK <br> US DISTRICT COURT, EDNC <br> BY _____ DEP CLK |

Plaintiff's response to Order by Judge on April 5, 2010; Recived by Plaintiff on April 20, 2010.

Honorable Judge:

1) The Plaintiff, Amado Sosa-Dominguez, was reales by the Geo authoreties at Rivers Correctiunal to the custody of U.S. Immiaration and Customs Emforcement the 11 of February 2010.

2) The Plaintiff was in tranfer and move without access to his documents since he was in tranfer he was not inform for how long he was going to stay at each place.

3) The Plaintiff by no means attempt to ignore the obligation of notifying the court of his new address he was not able since he was in tranfer or with out access to his legal documents whe the court address was.

4) The Plaintiff Foreseeing the above sircustance submmited a motion on or around the February 11th, 2010 informing the court of his release to immigration and requesting that this case was pleced on stay staring February 11, 2010 until he was able to provide the court with a new address. He sent that motion by United States Post Office Services Confirmation receipt No. 7006-0810-0006-1378.

8) The Plaintiff hereby request the Court understanding lack of opportunity to inform the court sooner that he was not free nor that of his new address. He also request better supplicate that the court allow him to continue this case.

The Plaintif hereby states that the above information is true and correct to the best of his knowledge and beliefs under the penalty of perjury as provided by Title 28 USC § 1746.

Dated: 4-20-2010
ORIGINAL

_____
Amado Sosa-Dominguez
A# 074-033-962
Etowah County Detaintion Cent.
827 Forrest Ave.
Gadsden, AL, 35901

Respectfuly Submitted on 21 day of April of 2010.

Certificate of Servic

I do hereby sertify under title 28 USC § 1746 that I mailed a true and correct copy of this motion by firs Class mail To: CLERK OF THE U.S. DISTRICT Court OF NORTH CAROLINA on 21 day of April of 2010.

_____
Amado Sosa-Dominguez