FILED
JUN 2 1 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE ESTERN DISTRIDT OF NORTH CAROLINA

AMADO SOSA-DOMINGUEZ,
Plaintiff,

V.   CIVIL No. 5:09-CT-3116-D

THE GEO GROUP, ET, AL,   ORIGINAL
Defendants.

### PLAINTIFF'S NOTICE OF NEW ADDRESS

To the Honarable Judge of this court:

Come now, the Plaintiff, Amado Sosa-Dominguez Pro se, and her by probides the court with his new address which is as follow:

Amado Sosa-Dominguez
10,000 SW. 15 Terra
Miami, FL. 33174

Respecfully submtted on __15__ day of __June__ 2010.

_____
Amado Ssosa-dominguez
10,000 SW. 15 Terra
Miami FL 33174

I do hereby certify that I have mailed a true and correct copy of this document by US. first class mail to the following :

Clerk of the US. District Court
Eastrn Distrct of North Carolina
P.O. Box 25670
Raleigh, NC. 27611

_____
Amado Sosa-Dominguez